*Wednesday, March 4, 1992*
## MISCELLANEOUS DISMISSALS

**90–1199.** State, ex rel. Willman, v. Fairfield. *Franklin County*, No. 89AP–943. *Sua sponte,* cause dismissed for want of prosecution, effective February 28, 1992.